SAMUEL G. OWEN AND R. H. OAKLEY, PLAINTIFFS IN IN ERROR, v. THE STATE OF NEBRASKA, DEFENDANT IN ERROR.

Claims Against the State: ACTIONS ON: JURISDICTION. The state cannot be sued, on claims for supplies furnished on its credit, by original action. The only mode by which the courts can acquire jurisdiction in such cases is by appeal from the decision of the auditor and secretary of state.

ERROR to the district court for Lancaster county. Heard upon demurrer to petition before POUND, J., who sustained the same, and rendered judgment dismissing the cause for want of jurisdiction.

*Harwood & Ames*, for plaintiffs in error.

*George H. Roberts*, Attorney-General, and *T. M. Marquett*, for the State

LAKE, J.

The action in the court below was an original proceeding to recover $875.32, money alleged to be due from the state to the plaintiffs as assignees of a large number of accounts for supplies, etc., furnished on the credit of the state by the persons from whom they were received.

The case falls within the rule that the state cannot be sued upon claims by original action, but only by appeal from the decision of the auditor of public accounts and

secretary of state.   It follows, therefore, that the district court was without jurisdiction, and its judgment dismissing the action must be affirmed.

JUDGMENT ACCORDINGLY.